No. 02–5151. MAYBERRY v. TARRANT COUNTY COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–5152. LANGWORTHY v. GOICOCHEA. Ct. Sp. App. Md. Certiorari denied.

No. 02–5153. LINSEY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 02–5154. JOHONOSON v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5155. LONGO v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–5156. JOHNSON v. CEMAN. C. A. 8th Cir. Certiorari denied.

No. 02–5157. ADAMS v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (PALMER, WARDEN, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 02–5159. ALVAREZ-MARTINEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5160. ANDERSON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 02–5162. YOUTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5163. TODD v. HEAD, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 02–5165. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5166. TAPIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5167. WOODS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.